Order, Supreme Court, New York County (Richard F. Braun, J.), entered July 8, 2016, which granted defendant’s motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.
 

 Defendant established entitlement to judgment as a matter of law in this wrongful death action arising from a fire that occurred in an apartment occupied by plaintiff’s decedent, and owned and maintained by defendant. Defendant submitted evidence showing that there was an operable smoke detector in decedent’s apartment three months prior to the fire, and that it had not received any complaints about the smoke detector (see Administrative Code of City of NY § 27-2045 [b] [1] [a]; Vanderlinde v 600 W. 183rd St. Realty Corp., 101 AD3d 583 [1st Dept 2012]).
 

 In opposition, plaintiff failed to raise an issue of fact as to whether the smoke detector was inoperable at the time of the fire, or defendant had actual or constructive notice that it was not operable.
 

 Concur — Tom, J.P., Manzanet-Daniels, Maz-zarelli, Oing and Singh, JJ.